IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM CROCKETT, | * | |
| Plaintiff, | * | |
| v. | * | CV 617-028 |
| SCREVEN COUNTY SHERIFFF MIKE KILE, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 13.) The stipulation is signed by all parties in the case. (<u>Id.</u>) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA